# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: 13-21306-amn ) | Chapter 13    Proceeding |
| ) | |
| **Angelo Glaviano and Elizabeth R. Glaviano** ) | |
|     Debtor ) | |
| ) | |
| **Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.** ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **Angelo Glaviano and Elizabeth R. Glaviano** ) | |
| **and Molly T. Whiton , Trustee** ) | |
|     Respondent ) | October 22, 2015 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Movant") withdraws its Motion for Relief (Docket ID #53).

          By */s/ Andrew S. Cannella*
             Andrew S. Cannella
             The Movant's Attorney
             Federal Bar No.ct13590
             Bendett & McHugh, P.C.
             270 Farmington Avenue, Suite 171
             Farmington, CT 06032
             Phone: (860) 677-2868
             Fax: (860) 409-0626
             Email: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

       I hereby certify that on this <u>23rd</u> day of October, 2015, a copy of the foregoing was served to the following:

| | |
|---|---|
| Angelo Glaviano and Elizabeth R. Glaviano | Peter L. Lawrence, Esq. |
| Debtor | Debtor's Attorney |
| 197 Palmer Drive | 932 East Main Street. Suite 1 |
| South Windsor, CT  06074 | Torrington, CT 06790 |
| *Via First Class Mail* | *Via Electronic Notice of Filing* |
| | |
| Molly T. Whiton, Esq. | |
| Trustee | U.S. Trustee |
| 10 Columbus Boulevard, 6th Floor | Office of the U.S. Trustee |
| Hartford, CT 06106-0000 | Giamo Federal Building |
| *Via Electronic Notice of Filing* | 150 Court Street, Room 302 |
| | New Haven, CT 06510 |
| | *Via Electronic Notice of Filing* |

                By */s/ Andrew S. Cannella*
                  Andrew S. Cannella
                  Movant's Attorney
                  Federal Bar No.ct13590
                  Bendett & McHugh, P.C.
                  270 Farmington Avenue, Suite 171
                  Farmington, CT  06032
                  Phone: (860) 677-2868
                  Fax: (860) 409-0626
                  E-Mail: BKECF@bmpc-law.com